**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

KAYLA LEIGH ORSELL,

                    Plaintiff,

          v.                                              1:25-CV-962
                                                          (ECC/DJS)

FULTON COUNTY PROBATION DEPARTMENT
and SHARI ACQUILLA-SIMON, *in her official*
*capacity,*

                    Defendants.

**APPEARANCES:**

KAYLA LEIGH ORSELL
Plaintiff, *Pro Se*
Johnstown, New York 12095

**DANIEL J. STEWART**
**United States Magistrate Judge**

                    **ORDER**

The District Court issued an Order permitting certain claims in this case to proceed. Dkt. No. 15.

**ACCORDINGLY**, it is

**ORDERED**, that the Clerk shall issue Summonses for the Fulton County Probation Department and Shari Acquilla-Simon forward them along with a packet containing General Order 25, which sets forth the Civil Case Management Plan used by

- 1 -

the Northern District of New York, along with a copy of the Complaint and this Order to the United States Marshal for service upon Defendants; and it is further

**ORDERED**, that a response to the Complaint be filed by Defendants or Defendants' counsel as provided for in the Federal Rules of Civil Procedure subsequent to service of process on Defendant; and it is further

**ORDERED**, that the Clerk is directed to schedule a Rule 16 Conference before the assigned Magistrate Judge; and it is further

**ORDERED**, that all motions shall comply with the Local Rules of Practice of the Northern District.  In accordance with the Local Rules, **Plaintiff must promptly notify the Clerk's Office and all parties or their counsel of any change in Plaintiff's address; his failure to do so will result in the dismissal of this action**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order upon Plaintiff in accordance with the Local Rules.

Dated: March 4, 2026
     Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge

- 2 -